**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Gary MORRIS, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided July 21, 1999.

Catherine Marshall, Hugh O. Burns, Philadelphia, for the Com., appellant.

Robert A. Graci, Harrisburg, for intervenor–Atty. Gen.

Gary Neil Asteak, Easton, Stefan Presser, Philadelphia, for amicus.

John W. Packel, Karl Baker, for G. Morris

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Philadelphia County Court of Common Pleas dated October 31, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v.*

*Williams,* — Pa. —, 733 A.2d 593 (1999).